THE STATE EX REL. DREYER, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Dreyer v. Indus.
Comm.* (2001), 92 Ohio St.3d 425.]

(No. 00–2193—Submitted June 20, 2001—Decided August 8, 2001.)

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

426

F.E. SWEENEY, J., dissents, would reverse the judgment of the court of appeals, and would order relief pursuant to *State ex rel. Gay v. Mihm* (1994), 68 Ohio St.3d 315, 626 N.E.2d 666.

---

*Butkovich, Schimpf, Schimpf & Ginocchio Co., L.P.A.,* and *James A. Whittaker,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Jeffrey B. Hartranft,* Assistant Attorney General, for appellee.